UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x        Case No: 22-41788 (ESS)
IN RE:
                                                                              **AFFIDAVIT OF COMPLIANCE**

Jesus Emmanuel Pastrano

                                 Debtor.
------------------------------------------------------x

The undersigned affiant __Jesus Emmanuel Pastrano,__ (hereinafter "Debtor") being first duly sworn and under penalty of perjury, deposes and states in support of confirmation of the above captioned bankruptcy case that:

*(Must check either A or B)*

1. _____ (A) The undersigned Debtor has domestic support obligations pursuant to 11 U.S.C. Section 101(14)A and has paid all domestic support obligations required to be paid pursuant to 11 U.S.C. Section 1325(a)(8).

   _X_ (B) The undersigned Debtor does **NOT** have domestic support obligations pursuant to 11 U.S.C. Section 101(14A).

*(Must check either A or B)*

2. _X_ (A) The undersigned Debtor is required to file tax returns and has filed all applicable and required Federal, State and local tax returns pursuant to 11 U.S.C. Section 1308.

   _____ (B) The undersigned Debtor is **NOT** required to file tax returns.

**By signing this affidavit, I acknowledge that all statements contained herein are true and accurate and that the Trustee may rely on the truth of each of these statements in making its recommendation to confirm the Chapter 13 plan. The Trustee may seek revocation of the Chapter 13 plan if the statements relied upon are not accurate.**

                                                        _____
                                                                 Debtor

Sworn and subscribed before me this
29th day of March 2023.

_____
Notary Public

> JACQUELINE P. TRAPANI
> NOTARY PUBLIC, STATE OF NEW YORK
> No. 01TR6244009
> Qualified in Queens County
> Commission Expires June 27, 2023